IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNDARI K. PRASAD,

    Plaintiff,

v.                                                                               Civil Action No. **3:20CV449**

FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

    Plaintiff, a Virginia inmate, has submitted this civil action and sought. By Memorandum Opinion and Order entered on June 26, 2020, the Court dismissed the action without prejudice because Plaintiff was barred by 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*. On July 9, 2020, the Court receive a largely unintelligible letter from Plaintiff. To the extent Plaintiff seeks reconsideration of the Court dismissal of the action, she fails to identify any error in the Court's decision. *See* Fed. R. Civ. P. 59(e). Accordingly, Plaintiff's letter requesting reconsideration of the dismissal of the action (ECF No. 4) will be DENIED.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                             M. Hannah Lauck
                                                                             United States District Judge

Date: Jan. 21, 2021
Richmond, Virginia